**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,　　: 　No. 492 EAL 2016
　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　　Respondent　　　 : 　Petition for Allowance of Appeal from
　　　　　　　　　　　　　　　　　　 : 　the Order of the Superior Court
　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　v.　　　　　　　　 :
　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　 :
ANTHONY D. BAKER,　　　　　　　　 :
　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　Petitioner　　　　　 :

## ORDER

**PER CURIAM**

　　　　**AND NOW**, this 31st day of March, 2017, the Petition for Allowance of Appeal is

**DENIED**.